ORIGINAL

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

ELLIOT ENOKI        #1528
First Assistant U.S. Attorney

CLARE CONNORS       #7936
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail: Clare.Connors@usdoj.gov

TIMOTHY J. STOCKWELL
Special Attorney
U.S. Department of Justice, Tax Division
601 D Street, N.W. Room 7030
Washington, D.C.  20004
Telephone: (202) 514-5614
Facsimile: (202) 514-9623
Email: Timothy.J.Stockwell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 07 2009

at ___ o'clock and 45 min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR 09-00398 JMS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. |
| ) | |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | |
| ARTHUR LEE ONG, ) | Count 1:    18 U.S.C. § 371 |
| ) | Counts 2-7:  26 U.S.C. § 7201 |
| Defendant. ) | |
| ) | |
| ) | |

**I N D I C T M E N T**

The Grand Jury charges that at all times relevant to this Indictment:

<u>INTRODUCTORY ALLEGATIONS</u>

1.    The Defendant ARTHUR LEE ONG is a United States citizen and a resident of the State of Hawaii who owns and operates Thunder Bug, Inc., doing business as Magnum Firearms (Thunder Bug, Inc.), a subchapter-S Corporation.  From at least in or about 1990 up to the date of this Indictment, Defendant ARTHUR LEE ONG earned income from Thunder Bug, Inc.'s sale of firearms and related products to federal, state, county, and military agencies, as well as to the general public.

2.    R.L.H. was the founder of The Research Foundation, an organization through which he promoted the illegal nonpayment of federal income taxes and provided the Defendant with aid in attempting to evade taxes.

3.    Magnum Investments Trust (M.I.T.) was a nominee entity created by the Defendant, with the assistance of R.L.H. and others, which listed at various times T.B. and J.Y. as trustees and which was created to hide income and assets of the Defendant.

4.    Charles Schwab account (ending #4720) held in the name of M.I.T. was an investment account over which the Defendant had signatory authority.

5.    Aloha Ventures was a nominee entity created by the Defendant, with the assistance of R.L.H. and others, which listed

2

at various times M.K. and B.T. as trustees and which was created
to hide income and assets of the Defendant.

      6.   First Hawaiian Bank account (ending #9876) held in
the name of Aloha Ventures was a checking account over which the
Defendant had signatory authority.

      7.   Nahoa Enterprises was identified on federal tax
returns filed by the Defendant on behalf of Aloha Ventures as a
Hong Kong entity that was the beneficiary of Aloha Ventures.

COUNT 1

(Conspiracy to Defraud - 18 U.S.C. § 371)

The Grand Jury charges:

The Conspiracy

      1.   The Grand Jury re-alleges and incorporates
paragraphs 1 to 7 of the Introductory Allegations.

      2.   From in or about 1989, the precise date being
unknown to the Grand Jury, and continuing thereafter up to and
including the date of the return of this Indictment, in the
District of Hawaii and elsewhere, the Defendant ARTHUR LEE ONG
(Defendant), and R.L.H., M.K., and others not charged in this
Indictment, did unlawfully, voluntarily, intentionally, and
knowingly conspire, combine, confederate, and agree together and
with each other and with other individuals both known and unknown
to the Grand Jury to defraud the United States by deceitful and
dishonest means for the purpose of impeding, impairing,
obstructing, and defeating the lawful Government functions of the

3

Internal Revenue Service (I.R.S.) of the Treasury Department in the ascertainment, computation, assessment, and collection of revenue: to wit, income taxes.

<u>Manner and Means</u>

3.    The manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

a.    The Defendant met with R.L.H. and others for the purpose of devising ways to evade taxes.

b.    The Defendant, with the assistance of R.L.H and others, created M.I.T. and Aloha Ventures to help hide his assets and income.

c.    The Defendant, with the assistance of R.L.H. and others, installed nominee trustees for M.I.T. and Aloha Ventures that acted at the direction of the Defendant.

d.    The Defendant caused the transfer of funds from bank accounts in the name of Thunder Bug, Inc., doing business as Magnum Firearms (Thunder Bug, Inc.), to bank accounts in the name of M.I.T. and Aloha Ventures in an attempt to conceal his receipt of income from Thunder Bug, Inc.

e.    The Defendant used funds deposited into bank accounts in the name of Thunder Bug, Inc., as well as funds he transferred to bank accounts in the name of M.I.T. and Aloha Ventures, to pay for various personal expenses in an attempt to conceal his receipt of income from Thunder Bug, Inc.

4

    f. Beginning with calendar year 1994, the
Defendant stopped filing individual income tax returns reporting
to the federal government any income earned from any source, and
ceased paying federal income taxes.

    g. Beginning in the 1994 calendar year, the
Defendant caused the filing of false corporate and trust tax
returns on behalf of Thunder Bug, Inc., and his nominee entities
to conceal his receipt of income.

Overt Acts

    4. In furtherance of the conspiracy, and to effect
the objects thereof, the following overt acts were committed in
the District of Hawaii and elsewhere:

    5. On or about May 1, 1990, the Defendant signed
a "Contract and Agreement of Trust" creating M.I.T.

    6. On or about May 1, 1990, T.B. became the nominee
trustee for M.I.T.

    7. On or about May 1, 1990, the Defendant, with the
assistance of R.L.H. and others, created Aloha Ventures.

    8. On or about May 1, 1990, the Defendant conveyed
three rental properties located in Hawaii from himself to Aloha
Ventures.

    9. On or about June 6, 1990, M.K., through his
business entity Executive Trust, became the nominee trustee for
Aloha Ventures.

5

10.  On or about November 15, 1990, the Defendant signed a document purporting to make Aloha Ventures the beneficiary of M.I.T.

11.  On or about the dates set forth below, the Defendant signed and caused to be filed with the I.R.S. the following false and fraudulent U.S. Income Tax Returns for an S Corporation, Forms 1120S, on behalf of Thunder Bug, Inc., that, among other things, falsely represented to the I.R.S. that M.I.T. was the 100% shareholder of Thunder Bug, Inc.:

|     | Tax Year | Date Filed |
|-----|----------|------------|
| a.  | 1994     | 8/29/95    |
| b.  | 1995     | 8/30/96    |
| c.  | 1996     | 9/22/97    |
| d.  | 1997     | 9/17/98    |
| e.  | 1998     | 12/7/99    |
| f.  | 1999     | 12/26/00   |
| g.  | 2000     | 11/8/01    |
| h.  | 2001     | 5/5/03     |
| i.  | 2002     | 7/27/03    |
| j.  | 2003     | 9/21/04    |
| k.  | 2004     | 10/24/05   |
| l.  | 2005     | 2/22/07    |

12.  On or about the dates set forth below, the Defendant caused to be signed and filed with the I.R.S. the following U.S. Income Tax Returns for Estates and Trusts, Forms 1041, on behalf of M.I.T., that, among other things, falsely

represented to the I.R.S. that Aloha Ventures was the beneficiary of M.I.T.:

|     | Tax Year | Date Filed |
| --- | --- | --- |
| a. | 1995 | 8/30/96 |
| b. | 1996 | 10/20/97 |
| c. | 1997 | 11/16/98 |
| d. | 1998 | 12/27/99 |
| e. | 1999 | 6/11/07 |
| f. | 2000 | 6/11/07 |
| g. | 2001 | 6/11/07 |
| h. | 2002 | 6/11/07 |
| i. | 2003 | 6/12/07 |

13.    On or about the dates set forth below, the Defendant caused to be signed and filed with the I.R.S. the following U.S. Income Tax Returns for Estates and Trusts, Forms 1041, on behalf of Aloha Ventures, that, among other things, falsely represented to the I.R.S. that Nahoa Enterprises was the beneficiary of Aloha Ventures:

|     | Tax Year | Date Filed |
| --- | --- | --- |
| a. | 1993 | 10/19/94 |
| b. | 1994 | 8/28/95 |
| c. | 1995 | 9/4/96 |
| d. | 1996 | 10/21/97 |
| e. | 1997 | 11/15/98 |

14.    On or about the dates set forth below, the Defendant transferred funds from Thunder Bug, Inc.'s Central

Pacific Bank account (ending #8859) into bank accounts in the
names of M.I.T. and Aloha Ventures as follows:

|     | Date     | Amount    | Nominee        |
|-----|----------|-----------|----------------|
| a.  | 12/30/99 | $10,000   | M.I.T.         |
| b.  | 10/31/01 | $50,000   | M.I.T.         |
| c.  | 4/18/02  | $30,000   | Aloha Ventures |
| d.  | 1/9/03   | $50,000   | M.I.T.         |
| e.  | 5/27/03  | $50,000   | M.I.T.         |
| f.  | 3/9/04   | $100,000  | M.I.T.         |
| g.  | 6/3/04   | $120,000  | M.I.T.         |
| h.  | 9/28/04  | $125,000  | M.I.T.         |
| i.  | 10/26/04 | $100,000  | M.I.T.         |
| j.  | 1/31/05  | $10,000   | Aloha Ventures |
| k.  | 7/27/05  | $50,000   | M.I.T.         |
| l.  | 8/10/05  | $50,000   | M.I.T.         |
| m.  | 12/20/05 | $20,000   | Aloha Ventures |

    15.  On or about the dates set forth below, the
Defendant transferred funds from M.I.T.'s Charles Schwab account
(ending #4720) to Aloha Venture's First Hawaiian Bank account
(ending #9876):

|     | Date     | Amount   |
|-----|----------|----------|
| a.  | 11/26/01 | $30,000  |
| b.  | 4/12/02  | $20,000  |
| c.  | 2/11/04  | $5,000   |
| d.  | 10/29/04 | $20,000  |
| e.  | 1/11/05  | $20,000  |
| f.  | 6/27/05  | $20,000  |
| g.  | 10/17/05 | $30,000  |

16.  On or about the dates set forth below, the
Defendant obtained funds for his benefit from bank accounts in
the names of M.I.T. and Aloha Ventures, as follows:

|     | Date     | Amount   | Nominee Account |
|-----|----------|----------|-----------------|
| a.  | 11/2/00  | $20,000  | Aloha Ventures  |
| b.  | 8/31/01  | $50,000  | Aloha Ventures  |
| c.  | 2/19/02  | $30,000  | Aloha Ventures  |
| d.  | 9/2/03   | $20,000  | M.I.T.          |
| e.  | 6/29/04  | $9,000   | Aloha Ventures  |
| f.  | 7/29/05  | $25,000  | M.I.T.          |
| g.  | 8/17/05  | $40,500  | M.I.T.          |
| h.  | 12/20/05 | $5,000   | Aloha Ventures  |

17.  On or about August 10, 2005, the Defendant signed
check #231 drawn on M.I.T.'s Charles Schwab account (ending
#4720) made payable to Title Guaranty Escrow Services in the
amount of $40,500 for his benefit.

18.  On or about August 11, 2006, the Defendant
withdrew $350,000 from Thunder Bug, Inc.'s account (ending #1881)
for his benefit.

19.  On or about August 21, 2006, the Defendant signed
check #23006 drawn on Thunder Bug, Inc.'s Central Pacific Bank
account (ending #8859) made payable to Title Guaranty in the
amount of $129,090 for his benefit.

In violation of Title 18, United States Code, Section
371.

COUNT 2

The Grand Jury further charges:

1.    The Grand Jury re-alleges and incorporates paragraphs 1 to 7 of the Introductory Allegations.

2.    During the calendar year 2000, the Defendant, ARTHUR LEE ONG, a resident of the State of Hawaii, had and received taxable income in the sum of approximately $37,400; that upon said taxable income there was owing to the United States of America an income tax of approximately $4,400; that well knowing and believing the foregoing facts, the Defendant, beginning in or about January 2000 and continuing up to and including June 2007, in the District of Hawaii, did willfully attempt to evade and defeat the said income tax due and owing by him to the United States of America for said calendar year by failing to make a federal individual income tax return on or before April 16, 2001 as required by law to any proper officer of the Internal Revenue Service (I.R.S.), by failing to pay to the I.R.S. said income tax, and by committing or causing to be committed the following affirmative acts of evasion, among others:

a.    Depositing income into bank accounts in the names of M.I.T. and Aloha Ventures to conceal the Defendant's receipt of such income, including a deposit into M.I.T.'s Charles Schwab account (ending #4720) on or about April 17, 2000, in the amount of $3,000, from Thunder Bug, Inc.'s Central Pacific Bank account (ending #8859).

b.    Causing rental payments to be made to Aloha Ventures in an attempt to conceal the Defendant's ownership of assets, including a check dated June 29, 2000, to Aloha Ventures in the amount of $1,760.

c.    Causing to be filed with the I.R.S. on or about November 8, 2001, a false and fraudulent U.S. Income Tax Return for an S Corporation, Form 1120S, on behalf of Thunder Bug, Inc., for calendar year 2000, that, among other things, falsely represented to the I.R.S. that M.I.T. was the 100% shareholder of Thunder Bug, Inc.

d.    Causing to be filed with the I.R.S. on or about June 11, 2007, a U.S. Income Tax Return for Estates and Trusts, Form 1041, on behalf of M.I.T. for calendar year 2000 that, among other things, falsely represented to the I.R.S. that Aloha Ventures was the beneficiary of M.I.T.

In violation of Title 26, United States Code, Section 7201.

## COUNT 3

The Grand Jury further charges:

1.    The Grand Jury re-alleges and incorporates paragraphs 1 to 7 of the Introductory Allegations.

2.    During the calendar year 2001, the Defendant, ARTHUR LEE ONG, a resident of the State of Hawaii, had and received taxable income in the sum of approximately $260,500; that upon said taxable income there was owing to the United

11

States of America an income tax of approximately $77,100; that
well knowing and believing the foregoing facts, the Defendant,
beginning in or about January 2001 and continuing up to and
including June 2007, in the District of Hawaii, did willfully
attempt to evade and defeat the said income tax due and owing by
him to the United States of America for said calendar year by
failing to make a federal individual income tax return on or
before April 15, 2002 as required by law to any proper officer of
the Internal Revenue Service (I.R.S.), by failing to pay to the
I.R.S. said income tax, and by committing or causing to be
committed the following affirmative acts of evasion, among
others:

        a.   Depositing income into bank accounts in the
names of M.I.T. and Aloha Ventures to conceal the Defendant's
receipt of such income, including a deposit into M.I.T.'s Charles
Schwab account (ending #4720) on or about October 31, 2001, in
the amount of $50,000, from Thunder Bug, Inc.'s Central Pacific
Bank account (ending #8859).

        b.   Causing rental payments to be made to Aloha
Ventures in an attempt to conceal the Defendant's ownership of
assets, including a check dated March 5, 2001, to Aloha Ventures
in the amount of $1,650.

        c.   Causing to be filed with the I.R.S. on or
about May 5, 2003, a false and fraudulent U.S. Income Tax Return
for an S Corporation, Form 1120S, on behalf of Thunder Bug, Inc.,

                              12

for calendar year 2001, that, among other things, falsely
represented to the I.R.S. that M.I.T. was the 100% shareholder of
Thunder Bug, Inc.

        d.    Causing to be filed with the I.R.S. on or
about June 11, 2007, a U.S. Income Tax Return for Estates and
Trusts, Form 1041, on behalf of M.I.T. for calendar year 2001,
that, among other things, falsely represented to the I.R.S. that
Aloha Ventures was the beneficiary of M.I.T.

        In violation of Title 26, United States Code, Section
7201.

COUNT 4

        The Grand Jury further charges:

        1.    The Grand Jury re-alleges and incorporates
paragraphs 1 to 7 of the Introductory Allegations.

        2.    During the calendar year 2002, the Defendant,
ARTHUR LEE ONG, a resident of the State of Hawaii, had and
received taxable income in the sum of approximately $189,200;
that upon said taxable income there was owing to the United
States of America an income tax of approximately $50,500; that
well knowing and believing the foregoing facts, the Defendant,
beginning in or about January 2002 and continuing up to and
including June 2007, in the District of Hawaii, did willfully
attempt to evade and defeat the said income tax due and owing by
him to the United States of America for said calendar year by
failing to make a federal individual income tax return on or

13

before April 15, 2003 as required by law to any proper officer of the Internal Revenue Service (I.R.S.), by failing to pay to the I.R.S. said income tax, and by committing or causing to be committed the following affirmative acts of evasion, among others:

a.  Depositing income into bank accounts in the names of M.I.T. and Aloha Ventures to conceal the Defendant's receipt of such income, including a deposit into Aloha Venture's First Hawaiian Bank account (ending #9876) on or about April 18, 2002, in the amount of $30,000, from Thunder Bug, Inc.'s Central Pacific Bank account (ending #8859).

b.  Causing rental payments to be made to Aloha Ventures in an attempt to conceal his ownership of assets, including a check dated April 3, 2002, to Aloha Ventures in the amount of $1,650.

c.  Causing to be filed with the I.R.S. on or about July 27, 2003, a false and fraudulent U.S. Income Tax Return for an S Corporation, Form 1120S, on behalf of Thunder Bug, Inc., for calendar year 2002, that, among other things, falsely represented to the I.R.S. that M.I.T. was the 100% shareholder of Thunder Bug, Inc.

d.  Causing to be filed with the I.R.S. on or about June 11, 2007, a U.S. Income Tax Return for Estates and Trusts, Form 1041, on behalf of M.I.T. for calendar year 2002,

14

that, among other things, falsely represented to the I.R.S. that
Aloha Ventures was the beneficiary of M.I.T.

In violation of Title 26, United States Code, Section
7201.

## COUNT 5

The Grand Jury further charges:

1.    The Grand Jury re-alleges and incorporates
paragraphs 1 to 7 of the Introductory Allegations.

2.    During the calendar year 2003, the Defendant,
ARTHUR LEE ONG, a resident of the State of Hawaii, had and
received taxable income in the sum of approximately $76,400; that
upon said taxable income there was owing to the United States of
America an income tax of approximately $13,500; that well knowing
and believing the foregoing facts, the Defendant, beginning in or
about January 2003 and continuing up to and including June 2007,
in the District of Hawaii, did willfully attempt to evade and
defeat the said income tax due and owing by him to the United
States of America for said calendar year by failing to make a
federal individual income tax return on or before April 15, 2004
as required by law to any proper officer of the Internal Revenue
Service (I.R.S.), by failing to pay to the I.R.S. said income
tax, and by committing or causing to be committed the following
affirmative acts of evasion, among others:

a.    Depositing income into bank accounts in the
names of M.I.T. and Aloha Ventures to conceal the Defendant's

15

receipt of such income, including a deposit into M.I.T.'s Charles
Schwab account (ending #4720) on or about January 9, 2003, in the
amount of $50,000, from Thunder Bug, Inc.'s Central Pacific Bank
account (ending #8859).

       b.   Causing rental payments to be made to Aloha
Ventures in an attempt to conceal his ownership of assets,
including a check dated June 30, 2003, to Aloha Ventures in the
amount of $1,700.

       c.   Causing to be filed with the I.R.S. on or
about September 21, 2004, a false and fraudulent U.S. Income Tax
Return for an S Corporation, Form 1120S, on behalf of Thunder
Bug, Inc., for calendar year 2003, that, among other things,
falsely represented to the I.R.S. that M.I.T. was the 100%
shareholder of Thunder Bug, Inc.

       d.   Causing to be filed with the I.R.S. on or
about June 12, 2007, a U.S. Income Tax Return for Estates and
Trusts, Form 1041, on behalf of M.I.T. for calendar year 2003,
that, among other things, falsely represented to the I.R.S. that
Aloha Ventures was the beneficiary of M.I.T.

       In violation of Title 26, United States Code, Section
7201.

## COUNT 6

       The Grand Jury further charges:

       1.   The Grand Jury re-alleges and incorporates
paragraphs 1 to 7 of the Introductory Allegations.

2.    During the calendar year 2004, the Defendant, ARTHUR LEE ONG, a resident of the State of Hawaii, had and received taxable income in the sum of approximately $281,900; that upon said taxable income there was owing to the United States of America an income tax of approximately $77,600; that well knowing and believing the foregoing facts, the Defendant, beginning in or about January 2004 and continuing up to and including June 2007, in the District of Hawaii, did willfully attempt to evade and defeat the said income tax due and owing by him to the United States of America for said calendar year by failing to make a federal individual income tax return on or before April 15, 2005 as required by law to any proper officer of the Internal Revenue Service (I.R.S.), by failing to pay to the I.R.S. said income tax and, and by committing or causing to be committed the following affirmative acts of evasion, among others:

a.    Depositing income into bank accounts in the names of M.I.T. and Aloha Ventures to conceal the Defendant's receipt of such income, including a deposit into M.I.T.'s Charles Schwab account (ending #4720) on or about September 28, 2004, in the amount of $125,000, from Thunder Bug, Inc.'s Central Pacific Bank account (ending #8859).

b.    Causing rental payments to be made to Aloha Ventures in an attempt to conceal his ownership of assets,

17

including a check dated June 28, 2004, to Aloha Ventures in the amount of $2,000.

c.    Causing to be filed with the I.R.S. on or about October 24, 2005, a false and fraudulent U.S. Income Tax Return for an S Corporation, Form 1120S, on behalf of Thunder Bug, Inc., for calendar year 2004, that, among other things, falsely represented to the I.R.S. that M.I.T. was the 100% shareholder of Thunder Bug, Inc.

In violation of Title 26, United States Code, Section 7201.

<u>COUNT 7</u>

The Grand Jury further charges:

1.    The Grand Jury re-alleges and incorporates paragraphs 1 to 7 of the Introductory Allegations.

2.    During the calendar year 2005, the Defendant, ARTHUR LEE ONG, a resident of the State of Hawaii, had and received taxable income in the sum of approximately $308,600; that upon said taxable income there was owing to the United States of America an income tax of approximately $85,900; that well knowing and believing the foregoing facts, the Defendant, beginning in or about January 2005 and continuing up to and including June 2007, in the District of Hawaii, did willfully attempt to evade and defeat the said income tax due and owing by him to the United States of America for said calendar year by failing to make a federal individual income tax return on or before April 17, 2006 as required by law to any proper officer of

18

the Internal Revenue Service (I.R.S.), by failing to pay to the
I.R.S. said income tax, and by committing or causing to be
committed the following affirmative acts of evasion, among
others:

        a.    Depositing income into bank accounts in the
names of M.I.T. and Aloha Ventures to conceal the Defendant's
receipt of such income, including a deposit into M.I.T.'s Charles
Schwab account (ending #4720) on or about July 27, 2005, in the
amount of $50,000, from Thunder Bug, Inc.'s Central Pacific Bank
account (ending #8859).

        b.    Causing rental payments to be made to Aloha
Ventures in an attempt to conceal his ownership of assets,
including a check dated June 30, 2005, to Aloha Ventures in the
amount of $2,000.

        c.    Causing to be filed with the I.R.S. on or
about February 22, 2007, a false and fraudulent U.S. Income Tax
Return for an S Corporation, Form 1120S, on behalf of Thunder
Bug, Inc., for calendar year 2005, that, among other things,
falsely represented to the I.R.S. that M.I.T. was the 100%
shareholder of Thunder Bug, Inc.

//
//
//
//
//
//

In violation of Title 26, United States Code, Section 7201.

DATED: October 7, 2009, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson

_____
FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney


_____
CLARE CONNORS
Assistant U.S. Attorney
TIMOTHY J. STOCKWELL
Special Attorney
Tax Division
U.S. Department of Justice